**Mrs. A. B. HURT et al., Executors, Estate of Joel Hurt, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7716.

Circuit Court of Appeals, Fifth Circuit.

June 12, 1937.

M. E. Kilpatrick, of Atlanta, Ga., for petitioners.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key and Ellis N. Slack, Sp. Assts. to the Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of Treasury, and John H. Pigg, Sp. Atty. for Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

This cause came on to be heard·upon the joint stipulation of counsel that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals, with direction to enter an order that there are no present deficiencies for the years 1922 to 1924, inclusive, the tax liability having been compromised and settled, each party to pay its own costs in this court. On consideration whereof, it is now here ordered and adjudged by this court that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals with direction to enter an order that there are no present deficiencies for the years 1922 to 1924, inclusive, the tax liability having been compromised and settled; each party to pay its own costs in this Court; it is further ordered and adjudged that the mandate of this court issue without delay.

**W. J. IMLACH, Appellant, v. Carl RUBENSTEIN, Appellee.**

Circuit Court of Appeals, Ninth Circuit.

July 19, 1937.

Walter H. Hodge, of Cordova, Alaska, and S. H. Kelleran, of Seattle, Wash., for appellant.

Thomas M. Donohoe, of Cordova, Alaska, for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and motion of appellant, ordered appeal dismissed, that a judgment of dismissal be filed and ·entered accordingly, and the mandate of this court issue forthwith.

**Agnes KASSLY v. NEW YORK LIFE INSURANCE COMPANY.**

No. 6012.

Circuit Court of Appeals, Seventh Circuit.

Feb. 26, 1937.

Edward C. Zulley, of East St. Louis, Ill., for appellant.

Norman J. Gundlach, of East St. Louis, Ill., for appellee.

Before EVANS, Circuit Judge, and BALTZELL and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral argument. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the decree of the District Court of the United States for the Eastern District of Illinois, in this cause, be and the same is hereby affirmed, with costs.